# **EXHIBIT A**

| **STATE OF MICHIGAN** **36TH JUDICIAL DISTRICT** | **AFFIDAVIT AND CLAIM** **Small Claims** | **CASE NO. and JUDGE** 23241044 |
|---|---|---|

**Court address**
421 Madison, Detroit, MI 48226-2358

**Court telephone no.**
313-965-5952

See additional notice and instructions on page 2.

1. STEVEN ROBERTSON
Plaintiff

1364 Robert Bradby Dr
Address

Detroit, MI 48207
City, state, zip                     Telephone no.

2. BMO HARRIS BANK N.A.
Defendant

1200 E Warrenville Rd, Floor 3C ATTN: BRFC
Address

Naperville, IL 60563
City, state, zip                     Telephone no.

| **NOTICE OF HEARING** |
|---|
| **For Court Use Only** |

The plaintiff and the defendant must be in court on

| Day THURSDAY | Date 10/19/23 |
|---|---|
| at 9:30AM | at ☐ the court address above. |
| Time | |
| ☑ Location VIRTUAL HEARING | |
| CERTIFIED MAIL | Fee paid: $ 15.00 |
| Process server's name | |

☐ 3. A civil action between these parties or other parties arising out of the transaction or occurrence alleged in this

complaint has been previously filed in ☐ this court ☐ _____ Court.

It was given case number _____ and assigned to Judge _____

The action ☐ remains ☐ is no longer pending.

4. I have knowledge or belief about all the facts stated in this affidavit and I am
☑ the plaintiff or his/her guardian, conservator, or next friend. ☐ a partner. ☐ a full-time employee of the plaintiff.

5. The plaintiff is ☑ an individual. ☐ a partnership. ☐ a corporation. ☐ a sole proprietor. ☐ _____.

6. The defendant is ☐ an individual. ☐ a partnership. ☑ a corporation. ☐ a sole proprietor. ☐ _____.

7. The date(s) the claim arose is/are MAY 12, 2023, JUNE 2, 2023
Attach separate sheets if necessary

8. Amount of money claimed is $ ~~6000~~ 6500 (Note: Plaintiff's costs are determined by the court and awarded as appropriate.
They are not part of the amount claimed.)

9. The reasons for the claim are:

PROFESSIONAL NEGLIGENCE, FALSE REPORTING, DEFAMATION OF CHARACTER

KEVIN HOUGH BMO BANK 352 E Illinois St, Chicago, IL 60611

10. The plaintiff understands and accepts that the claim is limited to $6,500 by law and that the plaintiff gives up the rights to
(a) recover more than this limit, (b) an attorney, (c) a jury trial, and (d) appeal the judge's decision.

Approved, SCAO
Form DC 84, Rev. 6/22
MCL 600.8401 et seq., MCR 4.302, MCR 4.303, 50 USC 3931
Page 1 of 2

Distribute form to:
Court (with instructions)
Defendant (with instructions)
Plaintiff (with instructions)
Return (with proof of service)

**Affidavit and Claim, Small Claims** (6/22)
Page 2 of 2

Case No. 23 241044

11. I believe the defendant ☑is ☐is not mentally competent. I believe the defendant ☑is ☐is not 18 years or older.

12. ☑I do not know whether the defendant is in the military service. ☐The defendant is not in the military service. ☐The defendant is in the military service.

_Steven Roberts_
Signature

Subscribed and sworn to before me on ___ 9/7/23
Date

_EK_
Deputy clerk/Notary public signature

My commission expires on ___

Name (type or print)

Notary public, State of Michigan, County of _____ . Acting in the County of _____
☐This notarial act was performed using an electronic notarization system or a remote electronic notarization platform.

## ADDITIONAL NOTICE AND INSTRUCTIONS

### TO BOTH THE PLAINTIFF AND THE DEFENDANT:

- You must bring to the hearing all witnesses, books, papers, and other physical evidence needed to prove or disprove this claim.

- Before the trial (hearing) starts, you have the right to request

  1. **remove the case to the general civil division of the district court,** or

  2. have the case heard by a district court judge (if the hearing is scheduled before an attorney magistrate). If the case is heard by an attorney magistrate, you may appeal to the district judge within 7 days after the trial.

- If the case is tried in the small claims division, you give up the right to an attorney, to a jury trial, and to appeal the judge's decision.

If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

### TO THE DEFENDANT:

- The affidavit and claim you have just received means you are being sued in the small claims division of the district court.

- The court is being asked to decide a matter that the plaintiff says is your obligation and responsibility.

- If you wish to deny this claim or arrange terms of payment, you must make your request by appearing at the date, time, and place stated in the notice of hearing on the front of this form.

- If you do not appear at the date, time, and place stated, a default judgment may be entered against you for the amount stated in item 8, including the costs of this action.

- If the dispute is settled before or at the hearing, you may have to pay the plaintiff's costs.

- In case a judgment is entered against you at the hearing, you should be prepared to pay the amount stated in item 8, including the costs of this action, or to make arrangements for installment payments.



State of Michigan
36ᵗʰ District Court
421 Madison
Detroit, MI 48226-2358
36thdistrictcourt.org

## DO NOT REPORT TO THE COURTHOUSE FOR THIS HEARING

Dear Remote Parties:

The 36ᵗʰ District Court uses Zoom meeting services to conduct <u>virtual</u> courtroom proceedings.

**<u>Do not report to the Courthouse for this hearing.</u>** You must connect to the <u>virtual</u> courtroom at the time of the proceeding.

## <u>TO CONNECT TO THE VIRTUAL COURT ROOM AT THE TIME OF THE PROCEEDING:</u>

### <u>For a Smartphone, Tablet, or Desktop Computer:</u>
1. Go to the 36ᵗʰ District Court web page, www.36thdistrictcourt.org
2. Under the "I Want To" heading, select, "Join Zoom Hearing"
3. Find **Courtroom 540/Small Claims** and click "Join Zoom Hearing"

### <u>For Phone Call Connection Only</u>:
1. Call 929-436-2866
2. Enter Meeting ID: **360-360-0540.**

### <u>To remind you of your upcoming court date by email or text, visit the 36ᵗʰ District Court web page to sign up for court date reminders:</u>
1. Go to the 36ᵗʰ District Court web page, www.36thdistrictcourt.org
2. Under the "I Want To" heading, select, "Get Court Date Reminders"
3. Follow the instructions and fill out the form

It is your obligation and responsibility to ensure you have the equipment and networking needed for a successful call. If you are unable to appear at this virtual court hearing, you must contact your attorney and reply to this notice to alert the Court. **<u>If you are unable to appear for this virtual court hearing and you do not have an attorney, you must notify the Court by calling 313-965-2567.</u>**

**Technical Responsibilities:** The Court does not provide technical assistance for testing or troubleshooting. In addition, the Court does not provide time during court proceedings to troubleshoot issues. It is your responsibility to ensure that your connection works before your court date.

**Testing Windows, Apple, or Android devices:** Directions for testing your device and networking prior to the proceeding can be found at:
https://support.zoom.us/hc/en-us/articles/201362313-How-Do-I-Test-My-Video-
**Technical Support:** The court uses Zoom meeting services for the Virtual Court Room experience. If you are having TECHNICAL issues with your equipment, you should review the Zoom training and support materials at: https://www.zoom.us/. Please understand that Zoom is an independent service provider and will have NO knowledge of your court case or legal issues.
**Local Court Policy:**

- A virtual court room proceeding and/or teleconference is a court proceeding and therefore an extension of the court room and appropriate conduct and attire are expected and required.

- Remote participants should use a good WiFi connection or a substantial LTE mobile data plan to ensure a quality connection. (Note: Mobile data use may incur substantial cellular carrier charges which are the responsibility of the remote participant.)

- Remote participants must use a private and quiet room that will be free of interruptions. (Outdoor, car, or public places are not permitted.) Also, video meetings need good, consistent lighting, so avoid rooms with bright windows and/or back-lighting.

- Remote participants must place their mobile devices on a solid surface with the camera at eye level. Do not hold mobile devices in your hand and do not lay phones or tablets flat on a desk or table top.

- Remote participants should take time prior to the call to become familiar with the controls and test the microphone and speaker controls.

- If the Court determines the quality of the video experience is not acceptable, it has the right to terminate the call.

- The judge has full power over remote participants as if they were present in the physical court room.

-



# 36th District Court

421 Madison Street          Detroit, MI 48226

# Submit Electronic Evidence

At least **two business days** prior to any scheduled hearing, photo and video evidence may be emailed to photo.evidence@36thdistrictcourt.org.

The following **must** be included along with any submission:

* Name of Party
* Case Number
* Hearing Date

* Judge of Record
* Specify if Plaintiff or Defendant
* Cell Phone Number

Submissions may not exceed 25MB. Allowable file types are limited to:

* JPG
* PDF
* PNG
* TIF
* AVI

* FLV
* MOV
* MP4
* WMV

Any information received that does not follow the above guidelines will not be delivered to the Judge of Record.

**36TH DISTRICT COURT**
**CIVIL DIVISION**
421 Madison
Detroit, Michigan 48226-2358

CERTIFIED MAIL

7022 3330 0000 4354 9375

METROPLEX MI 480
14 SEP 2023 PM 4 L

neopost
09/14/2023
US POSTAGE $015.63

FIRST-CLASS MAIL

ZIP 48226
041L12204194

BMO Harris Bank N.A.
1200 E. Warrenville Rd, Floor 3C
Naperville, IL 60563

60563-352900